**Kevin FOSTER, Petitioner–Appellant,**

v.

**J. COAKLEY, Acting Warden, Respondent–Appellee.**

No. 10–7532.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 2, 2011.

Kevin Foster, Appellant pro se. Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Foster, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Foster v. Coakley*, No. 1:10–cv–00961–CCB, 2010 WL 3446874 (D.Md. Aug. 31, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*